# CERTIFICATE OF SERVICE

I, Gini L. Downing_____ (name), certify that service of this summons and a copy of the complaint was made February 4, 2022_____ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Medline Industries Inc.
Attn: Scott E. Smith
Collection & Litigation Advisory Spec.
Three Lakes Drive
Northfield, IL 60093

John Elrod, Esq.
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305

Medline Industries Inc.
Attn: Andy Mills, President
One Medline Place
Mundelein, IL 60060-4486

Medline Industries Inc.
Three Lakes Drive
Northfield, IL 60093
☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Medline Industries, Inc.
Attn: Andrew J. Mills, President
Three Lakes Drive
Northfield, IL 60093

Illinois Corporation Service, R/A for
Medline Industries Inc.
801 Adlai Stevenson Drive
Springfield, IL 62703

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date    February 4, 2022    Signature    /s/ Gini L. Downing

Print Name:    Gini L. Downing
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
13th Floor
Business Address:    Los Angeles, CA 90067

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Medline Industries, Inc.
   Attn: Andrew J. Mills, President
   Three Lakes Drive
   Northfield, IL 60093

   9590 9402 3367 7227 2900 48

2. Article Number (Transfer from service label)

   7017 2400 0000 3985 8183

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _(signature)_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 2-8-22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Illinois Corporation Service, R/A for
   Medline Industries Inc.
   801 Adlai Stevenson Drive
   Springfield, IL 62703

   9590 9402 3367 7227 2900 31

2. Article Number (Transfer from service label)

   7017 2400 0000 3985 8176

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _(signature)_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Eric Wheeler

C. Date of Delivery: FEB 08 2022

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt